```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 38024
    LATANYA P JONES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3672

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 09/16/2005 and was confirmed 12/05/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 02/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG         .00            .00            .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE      800.00            .00         194.62
HERTIAGE ACCEPTANCE       SECURED           2825.00         415.75         419.97
HERTIAGE ACCEPTANCE       UNSECURED         1127.32            .00            .00
WELLS FARGO BANK NA       CURRENT MORTG         .00            .00            .00
WELLS FARGO BANK NA       MORTGAGE ARRE    10122.19            .00        2462.48
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00            .00
ADT SECURITY SERVICES     UNSECURED        NOT FILED          .00            .00
ADVANCE MED IMAGING CENT  UNSECURED           19.70            .00            .00
AETNA RX HOME DELIVERY    UNSECURED        NOT FILED          .00            .00
ALLIED DATA CORP          NOTICE ONLY      NOT FILED          .00            .00
AMERICAN LAWN             UNSECURED        NOT FILED          .00            .00
BANK CARD SERVICES        UNSECURED        NOT FILED          .00            .00
ASSOC ST JAMES RADIOLOGI  UNSECURED        NOT FILED          .00            .00
AVON PRODUCTS             UNSECURED        NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          709.49            .00            .00
CHARTER ONE BANK          UNSECURED        NOT FILED          .00            .00
CHARTER ONE BANK          UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          360.94            .00            .00
SOUTHWEST CHGO CHRISTIAN  UNSECURED        NOT FILED          .00            .00
CHICAGO TRIBUNE           UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00            .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1303.93            .00            .00
CURVES                    UNSECURED        NOT FILED          .00            .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED          .00            .00
DIRECT LOANS BANKRUPTCY   UNSECURED        NOT FILED          .00            .00
DIVERSIFIED CONSULTANTS   NOTICE ONLY      NOT FILED          .00            .00
EXCEL                     UNSECURED        NOT FILED          .00            .00
I C SYSTEMS INC           UNSECURED        NOT FILED          .00            .00
ILLINOIS TOLLWAY AUTHORI  UNSECURED        NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 38024 LATANYA P JONES
```

```
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED            .00          .00
MARQUETTE NATIONAL BANK   SECURED            600.00            .00       600.00
MICHAEL REESE             UNSECURED       NOT FILED            .00          .00
MUKESH C JAIN MD SC       UNSECURED       NOT FILED            .00          .00
MUTUAL HOSPITAL SERVICES  UNSECURED       NOT FILED            .00          .00
NICOR GAS                 UNSECURED          331.85            .00          .00
PATHOLOGY ASSOC OF CHICA  UNSECURED       NOT FILED            .00          .00
PATHOLOGY ASSOC OF CHICA  UNSECURED       NOT FILED            .00          .00
PATHOLOGY ASSOC OF CHICA  UNSECURED       NOT FILED            .00          .00
PATHOLOGY ASSOC OF CHICA  UNSECURED       NOT FILED            .00          .00
PREMIUM ASSET RECOVERY C  UNSECURED       NOT FILED            .00          .00
PREMIUM ASSET RECOVERY C  UNSECURED       NOT FILED            .00          .00
PROVIDIAN                 UNSECURED       NOT FILED            .00          .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00          .00
UNITES STATES POSTAL SER  UNSECURED       NOT FILED            .00          .00
VERIZON                   NOTICE ONLY     NOT FILED            .00          .00
VISA                      UNSECURED       NOT FILED            .00          .00
WELLGROUP HEATLTHPARTNER  UNSECURED       NOT FILED            .00          .00
US DEPT OF EDUCATION      UNSECURED         8692.80            .00          .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      194.00            .00       194.00
INTERNAL REVENUE SERVICE  PRIORITY          1356.00            .00          .00
INTERNAL REVENUE SERVICE  UNSECURED           35.00            .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         3266.39            .00          .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                         400.18
DEBTOR REFUND             REFUND                                             .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              7,387.00

PRIORITY                                        194.00
SECURED                                       3,677.07
    INTEREST                                    415.75
UNSECURED                                          .00
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            400.18
DEBTOR REFUND                                      .00
                     ---------------        ---------------
TOTALS               7,387.00                 7,387.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE